

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00290-CV

CHRISTOPHER NATHAN
CUNNINGHAM

APPELLANT

V.

SABRINA DAWN HOFFMAN

APPELLEE

-----------

## FROM THE 90TH DISTRICT COURT OF YOUNG COUNTY
## TRIAL COURT NO. 32300

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellant's "Motion To Dismiss Appeal," which is unopposed. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: February 5, 2015

---

[1]*See* Tex. R. App. P. 47.4.